01
02
03
04
05
06      UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
07              AT SEATTLE

08 UNITED STATES OF AMERICA,          )
                                       )   CASE NO. MJ22-537
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )   DETENTION ORDER
11 LEWIS K. JAMES,                     )
                                       )
12          Defendant.                 )
                                       )

14 Offense charged:     Failure to Register or Update Sex Offender Registration

15 Date of Detention Hearing:    November 14, 2022

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21          1.      Defendant pled guilty on July 22, 2021 to one count of Child Molestation in

DETENTION ORDER
PAGE -1

01  Swinomish Tribal Court.  His sentence included a requirement that he register as a sex

02  offender.  The Complaint charges defendant with living in three different residences without

03  updating his registered address.  Defendant disputes the charges.

04        2.      Defendant has a lengthy criminal record with multiple failures to appear, bench

05  warrants, and unsatisfactory performance on court supervision.  He has failed to comply with

06  court orders in multiple cases, on multiple occasions.  The Court finds the defendant poses a

07  risk of nonappearance based on a history of failing to appear, pending criminal cases and

08  supervision violations, and a risk of danger based on the nature of the charges, criminal history,

09  and a history of noncompliance while on supervision.

10        3.      There does not appear to be any condition or combination of conditions that will

11  reasonably assure the defendant's appearance at future Court hearings while addressing the

12  danger to other persons or the community.

13  It is therefore ORDERED:

14  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

15      General for confinement in a correction facility;

16  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

17  3.  On order of the United States or on request of an attorney for the Government, the person

18      in charge of the corrections facility in which defendant is confined shall deliver the

19      defendant to a United States Marshal for the purpose of an appearance in connection with a

20      court proceeding; and

21  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

22      the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

01  Officer.

02      DATED this 14th day of November, 2022.

03

04                                          _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3