The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS K. JAMES, <br><br> Defendant. | NO. CR 22-00205 RSM <br><br> ORDER TO SET EXPERT DISCLOSURE SCHEDULE |

THE COURT, having reviewed the parties' joint request to set an expert disclosure schedule in this case, hereby ORDERS that:

The parties must make their respective disclosures for any expert witnesses on or before **February 27, 2023**. The expert disclosures must comport with all of the criteria outlined in the recent amendments to Federal Rule of Criminal Procedure 16, effective December 1, 2022.

//

//

//

Order to Set Expert Disclosure Schedule - 1
*United States v. James* / CR 22-00205 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Should a party need to retain one or more rebuttal experts to respond to the opposing counsel's expert testimony disclosed on or before February 27, 2023, that party shall make its rebuttal expert disclosures comporting with Rule 16 no later than on or before **March 27, 2023**.

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

IT IS SO ORDERED.

DATED this 6th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney

*s/ Nancy Tenney*
NANCY TENNEY
Counsel to Lewis K. James

Order to Set Expert Disclosure Schedule - 2
*United States v. James* / CR 22-00205 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970