JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-205-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBIT A |
| LEWIS K. JAMES, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of the defendant to file Defendant's Sentencing Memorandum and Exhibit A under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Sentencing Memorandum and Exhibit A be filed under seal.

DATED this 19th day of September 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Lewis K. James

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(*U.S. v. James,* CR22-205-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**